# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

ALEJANDRO MENDIOLA,
Reg #31495-009                                                                PLAINTIFF

v.                          No. 3:19-cv-335-DPM

DOE                                                                           DEFENDANT

## ORDER

Mendiola hasn't responded to the pending recommendation; his mail is still being returned undelivered. № 6. The Court adopts Magistrate Judge Volpe's unopposed recommendation, № 5. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Mendiola's complaint will be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*signature*
D.P. Marshall Jr.
United States District Judge

21 January 2020