IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ALEJANDRO MENDIOLA,
Reg #31495-009                                              PLAINTIFF

v.                          No. 3:19-cv-335-DPM

DOE                                                          DEFENDANT

## JUDGMENT

Mendiola's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

21 January 2020